Ex Parte Juan R. Zalduondo Veve et al., Petitioners and Appellees; Puerto Rico Fertilizer Co., Intervenor and Appellant.

No. 6711.   Argued July 16, 1934.—Decided July 23, 1934.

*J. de Guzmán Benítez* for appellant.   *A. Ortiz Toro, F. González Jr., and E. Campos del Toro* for appellees.

Mr. Justice Wolf delivered the opinion of the Court.

The appellees still do not convince us that either the *fiscal* or the National City Bank was a necessary party.   If the presence in the suit of the appellant might reduce the funds to such an extent that the National City Bank might have to scale its claim, the contention might prevail, but appellees do not refer us to the part of the record from which such an inference may be made.

On the other hand, we have become convinced that the notice of the appeal ought to have been served on all the heirs or their attorneys; that Mr. Campos del Toro only represented some of the heirs and this fact was known to the appellant.   The other heirs were not notified directly or through their attorneys and the joining of the attorneys in a common petition did not change the respective representa-

tions that they had. Appellees also draw our attention to the fact that at the time of the appeal the commissioner had finished his duties and was *functus officio*. The appeal must be dismissed for lack of proper parties.